# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| EVERETT DE'ANDRE ARNOLD, K.B., a minor by and through his mother and next friend, CINDY BRADFORD, and SANDY ARNOLD<br><br>Plaintiffs,<br><br>v.<br><br>BARBERS HILL INDEPENDENT SCHOOL DISTRICT; BARBERS HILL INDEPENDENT SCHOOL DISTRICT's BOARD OF TRUSTEES; GEORGE BARRERA, in his individual and official capacity; FRED SKINNER, in his individual and official capacity; CYNTHIA ERWIN, in her individual and official capacity; BECKY TICE; in her individual and official capacity; BENNY MAY, in his individual and official capacity, ERIC DAVIS, in his individual and official capacity; CLINT PIPES, in his individual and official capacity; GREG POOLE, in his individual and official capacity; SANDRA DUREE, in her individual and official capacity; MANDY MALONE, in her individual and official capacity, RICK KANA, in his individual and official capacity, RYAN RODRIGUEZ in his individual and official capacity, DOUG ANDERSON, in his individual and official capacity; KIRVEN TILLIS, in his individual and official capacity.<br><br>Defendants. | CIVIL ACTION NO. 4:20-CV-01802<br><br>JURY TRIAL REQUESTED |

**APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiffs Everett De'Andre Arnold ("De'Andre"), Sandy Arnold, and Cindy Bradford, on behalf of her minor son, K.B., (collectively, the "Plaintiffs") submit this Appendix in Support of their Motion for Temporary Restraining Order and Preliminary Injunction:

| Exhibit | Description |
| --- | --- |
| 1 | Declaration of De'Andre Arnold, dated May 26, 2020 |
| 2 | Declaration of Sandy Arnold, dated May 26, 2020 |
| 3 | Declaration of K.B., dated May 26, 2020 |
| 4 | Declaration of Professor Wendy Greene, dated May 26, 2020 |
| 5 | Barbers Hill Elementary North Student Handbook, 2015-2016 |
| 6 | Barbers Hill Middle School North Student Handbook, 2016-2017 |
| 7 | BHISD Educational Planning Guide, 2017-2018 |
| 8 | Greg Poole, *Separate is still not equal*, BAYTOWN SUN (Feb. 11, 2020), http://baytownsun.com/opinion/guest_columns/article_9a5f7122-4c5d-11ea-95e7-3fd44b314f6f.html |
| 9 | BHISD Student Handbook, 2019-2020 |
| 10 | BHISD Student Handbook, 2019-2020, as revised on January 6, 2020 |
| 11 | Board of Education Local Board Meetings Policy, dated November 21, 2019 |
| 12 | Keith Garvin and Tierra Smith, *More Barbers Hill students angered by school dress code, forced to cut their hair as well*, KPRC HOUSTON (Jan. 24, 2020, 9:28 P.M.), https://www.click2houston.com/news/local/2020/01/24/more-barbers-hill-students-angered-by-school-dress-code- forced-to-cut-their-hair-as-well/ |

Dated:  May 26, 2020

2

/s/ Nicholas E. Petree
Stephen Baldini (*pro hac vice* motion pending)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
Bank of America Tower
New York, NY 10036
Tel: (212) 872-1062
Fax: (212) 872-1002
sbaldini@akingump.com

Roxanne Tizravesh
Texas Bar No. 24091141
Southern District of Texas Bar No. 2618739
Michael Reeder
Texas Bar No. 24070481
Southern District of Texas Bar No. 1076650
Nicholas E. Petree (*attorney-in-charge)
Texas Bar No. 24083657
Southern District of Texas Bar No. 1778181
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, Ste. 44
Houston, Texas 77002
Tel: (713) 220-5800
Fax: (713) 236-0822
rtizravesh@akingump.com
mreeder@akingump.com
npetree@akingump.com

Janai Nelson  (*pro hac vice* motion pending)
Patricia Okonta  (*pro hac vice* motion pending)
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200

3

        Fax: (212) 226-7592
        jnelson@naacpldf.org
        pokonta@naacpldf.org

        Mahogane Reed (*pro hac vice* motion pending)
        Texas Bar No. 24110259
        NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC
        700 14th Street N.W., Ste. 600
        Washington, D.C. 20005
        Tel: (202) 682-1300
        Fax: (202) 682-1312
        mreed@naacpldf.org

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served on counsel of record on this 26th day of May, 2020.

        */s/ Nicholas E. Petree*
        Nicholas E. Petree