# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| EVERETT DE'ANDRE ARNOLD, et al.<br><br>Plaintiffs,<br><br>v.<br><br>BARBERS HILL INDEPENDENT SCHOOL DISTRICT, et al.<br><br>Defendants. | CIVIL ACTION NO. 4:20-CV-01802<br><br>JURY TRIAL REQUESTED |

## APPENDIX IN SUPPORT OF PLAINTIFF K.B.'S MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff Cindy Bradford, on behalf of her minor son, K.B., submits this Appendix in Support of his Motion for a Preliminary Injunction:

| Exhibit | Description |
|---|---|
| 1 | Declaration of Professor D. Wendy Greene, dated June 29, 2020 |
| 1-A | CV of Professor D. Wendy Greene |
| 2 | Declaration of K.B., dated May 26, 2020. |
| 3 | Declaration of Sandy Arnold, dated May 26, 2020 |
| 4 | Declaration of Kobe Bradford, dated June 28, 2020 |
| 5 | Declaration of Cindy Bradford, dated June 28, 2020 |
| 6 | Declaration of K.B., dated June 28, 2020 |
| 7 | Declaration of De'Andre Arnold, dated May, 26, 2020 |
| 8 | BHISD Student Handbook, 2019-2020, as revised on January 6, 2020 |

| | |
|---|---|
| 9 | *Barbers Hill High School,* U.S. News & World Report, https://www.usnews.com/education/best-high-schools/texas/districts/barbers-hill-isd/barbers-hill-high-school-18643 (last visited June 26, 2020) |
| 10 | *Sterling High School,* U.S. News & World Report, https://www.usnews.com/education/best-high-schools/texas/districts/goose-creek-cindependent-school-district/sterling-high-school-19141 (last visited June 26, 2020) |
| 11 | *SAT (Scholastic Assessment Test)*, Barbers Hill Independent School District, https://www.bhisd.net/departments/curriculum-instruction/advanced-academics/sat-scholastic-assessment-test (last visited June 26, 2020) |
| 12 | K.B. Level I Grievance Hearing Form, dated January 27, 2020 |
| 13 | K.B. Level I Grievance Response, dated February 18, 2020 |
| 14 | K.B. Level II Grievance Appeal, dated February 28, 2020 |
| 15 | K.B. Level II Grievance Response, dated June 23, 2020 |
| 16 | Gabrielle Fonrouge, *American-Indian boy banned from school for having long hair,* N.Y. Post (Aug. 24, 2017 2:21 PM) https://nypost.com/2017/08/24/american-indian-boy-banned-from-school-for-having-long-hair/ |
| 17 | Letter from Teresa Yeh, Trial Attorney, U.S. Department of Justice, to Superintendent Greg Poole, dated October 17, 2017 |
| 18 | Lena V. Groeger, Annie Waldman, and David Eads, *Miseducation, Is there racial inequality at your school, Barbers Hill Independent School District*, ProPublica (October 16, 2018) https://projects.propublica.org/miseducation/district/4809450). |
| 19 | BHISD Educational Planning Guide, 2017-2018 |
| 20 | Board of Education Local Board Meetings Policy, dated November 21, 2019 |
| 21 | Greg Poole, *Separate is still not equal*, Baytown Sun (Feb. 11, 2020), http://baytownsun.com/opinion/guest_columns/article_9a5f7122-4c5d-11ea-95e7-3fd44b314f6f.html |


| | |
|---|---|
| **22** | Keith Garvin & Tierra Smith, *More Barbers Hill students angered by school dress code, forced to cut their hair as well*, KPRC Houston (Jan. 24, 2020, 9:28 P.M.), https://www.click2houston.com/news/local/2020/01/24/more-barbers-hill-students-angered-by-school-dress-code- forced-to-cut-their-hair-as-well/ |
| **23** | Tony Fabelo, et al., *Breaking School's Rules: A Statewide Study of How School Discipline Relates to Students' Success and Juvenile Justice Involvement*, Council of State Governments Justice Center/The Public Policy Research Institute, July 2011, available at https://ppri.tamu.edu/files/Breaking_Schools_Rules.pdf |

Dated: June 29, 2020

                                     */s/ Nicholas E. Petree*
Stephen Baldini (*pro hac vice* admitted)
AKIN GUMP STRAUSS
HAUER & FELD LLP
One Bryant Park
Bank of America Tower
New York, NY 10036
Tel: (212) 872-1062
Fax: (212) 872-1002
sbaldini@akingump.com

Roxanne Tizravesh
Texas Bar No. 24091141
Southern District of Texas Bar No. 2618739
Michael Reeder
Texas Bar No. 24070481
Southern District of Texas Bar No. 1076650
Nicholas E. Petree (*attorney-in-charge)
Texas Bar No. 24083657
Southern District of Texas Bar No. 1778181
AKIN GUMP STRAUSS
HAUER & FELD LLP
1111 Louisiana Street, Ste. 44
Houston, Texas 77002
Tel: (713) 220-5800

Fax: (713) 236-0822
rtizravesh@akingump.com
mreeder@akingump.com
npetree@akingump.com

Janai Nelson  (*pro hac vice* admitted)
Patricia Okonta  (*pro hac vice* admitted)
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
jnelson@naacpldf.org
pokonta@naacpldf.org

Mahogane Reed (*pro hac vice* admitted)
Texas Bar No. 24110259
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC
700 14th Street N.W., Ste. 600
Washington, D.C. 20005
Tel: (202) 682-1300
Fax: (202) 682-1312
mreed@naacpldf.org

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on counsel of record on this 29th day of June, 2020.

*/s/ Nicholas E. Petree*
Nicholas E. Petree