UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVERETT DE'ANDRE ARNOLD, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 4:20-CV-1802 |
| BARBERS HILL INDEPENDENT SCHOOL DISTRICT, *et al*, | § § § § | |
| Defendants. | § | |

### ORDER GRANTING PLAINTIFF K.B.'S MOTION FOR A PRELIMINARY INJUNCTION

For the reasons stated in the Court's simultaneously issued *Memorandum Opinion and Order*, Plaintiff K.B.'s motion for a preliminary injunction (Dkt. 44) is **GRANTED**. It is **ORDERED** that a preliminary injunction is issued and shall be in effect until further order of this Court. Defendants, including their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, are enjoined as follows:

(1) Defendants are enjoined from enforcing the Barbers Hill Independent School District ("BHISD") hair-length policy against K.B. or otherwise seeking to force K.B. to cut his locs;

(2) Defendants are required to allow K.B. to immediately re-enroll in BHISD without cutting his locs;

(3) Defendants are enjoined from disqualifying K.B. from participation in BHISD's marching band program or other extracurricular activities on the basis that his locs are uncut;

(4) Defendants are required to allow K.B. to receive the same in-class or distance learning instruction as other students in the upcoming academic year without cutting his locs;

(5) Defendants are enjoined from making any disparaging or negative statements or comments about K.B. to any school, university, organization, business, individual, or other person; and

(6) Defendants are enjoined from taking any further actions to retaliate against K.B. for refusing to cut his locs.

This preliminary injunction is effective immediately and shall continue in force and effect until further order of this Court. No bond is required.

SIGNED at Houston, Texas, this 17th day of August, 2020.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE