IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EVERETT DE'ANDRE ARNOLD, et al § <br> § <br> **Plaintiffs** § <br> § <br> **v.** § <br> § <br> BARBERS HILL INDEPENDENT § <br> SCHOOL DISTRICT, et al § <br> § <br> **Defendants** § | CA: 4:20-cv-01802 |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants in the above entitled and numbered cause, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Memorandum Opinion and Order [Dkt. 98] and Order Granting Plaintiff K.B.'s Motion for Preliminary Injunction [Dkt. 99] entered in this action on August 17, 2020. A district court's order granting a preliminary injunction can be immediately appealed, and the United States Court of Appeals has jurisdiction over said district court's order pursuant to 28 U.S.C. §1292(a). 28 U.S.C. §1292(a)(1); *see also Byrum v. Landreth*, 566 F.3d 442, 449 (5th Cir. 2009) ("The denial [or granting] of the…preliminary injunction motion is an appealable interlocutory order.").

Respectfully submitted,

 /s/ Thomas P. Brandt
**THOMAS P. BRANDT**
  State Bar No. 02883500
  tbrandt@fhmbk.com
 **LAURA O'LEARY**
  State Bar No. 24072262

    loleary@fhmbk.com
**Francisco J. Valenzuela**
  State Bar No. 24056464
  fvalenzuela@fhmbk.com
**Caroline Sileo**
  State Bar No. 24091651
  csileo@fhmbk.com
**Christopher T. Brandt**
  State Bar No. 24095984
  cbrandt@fhmbk.com

**Fanning Harper Martinson**
  **Brandt & Kutchin, P.C.**
Two Energy Square
4849 Greenville Ave., Suite 1300
Dallas, Texas 75206
(214) 369-1300 (office)
(214) 987-9649 (telecopier)

**Counsel for Defendants**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been delivered to all parties of record, in compliance with Rule 5 of the Federal Rules of Civil procedure, on September 15, 2020.

    /s/ Thomas P. Brandt
    **THOMAS P. BRANDT**