| | |
|---|---|
| **From:** | Michaele N. Turnage Young |
| **To:** | TXSDdb_CM4147 |
| **Cc:** | Rick Morris; Amy Demmler; Jonathan Brush; Tizravesh, Roxanne; Mahogane Reed; Janai Nelson; Tomalty, Conor; Petree, Nicholas; Eva, Alyx; Hightower, Christina |
| **Subject:** | Case No. 4:20-cv-01802: July 2020 Prelim. Injunction Hrg |
| **Date:** | Saturday, October 9, 2021 12:29:20 AM |

**CAUTION - EXTERNAL:**

Dear Judge Hanks,

We hope this email finds you well.  It has come to our attention that some of our clients communicated with each other during last year's virtual preliminary injunction hearing, including during portions of their testimony.  As you'll recall, during the hearing attorneys for both parties expressed concerns about witnesses receiving communications while testifying.  We were previously unaware that some of our clients had communicated during portions of their testimony, and I disagreed on the record with Mr. Brandt's suggestion during KB's testimony that such communications were occurring.  *See* 7/22/20 Tr. 86:17-23.  Now that we know, and particularly given my statement at the hearing, we wanted to make sure to bring this matter to your attention (we've already discussed this with opposing counsel).  Although only portions of the text message chains we discovered that reflect these communications are responsive to BHISD's requests for production, in the spirit of transparency and with our clients' permission, we disclosed to BHISD the entirety of the text messages among the clients that were communicating during their testimony.

Our clients have confirmed that none of these communications resulted in any false testimony concerning their allegations in this case.  Our clients now understand that such communications while a witness is testifying are nonetheless improper, and they apologize for having had such communications during the hearing.  We would be happy to answer any questions you may have at a status conference if you wish.

Warm regards,
Michaele

**Michaele N. Turnage Young**
**Senior Counsel**
**NAACP Legal Defense and Educational Fund, Inc.**
700 14th Street NW, Suite 600, Washington, DC 20005-2010
202.216.5567  mturnageyoung@naacpldf.org
www.naacpldf.org



PRIVILEGE AND CONFIDENTIALITY NOTICE: This email and any attachments may
contain privileged or confidential information and is/are for the sole use of the intended
recipient(s). Any unauthorized use or disclosure of this communication is prohibited.
If you believe that you have received this email in error, please notify the sender
immediately and delete it from your system.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.