United States District Court
Southern District of Texas
**ENTERED**
December 24, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EVERETT DE'ANDRE ARNOLD, *et al.*, </br> Plaintiffs, </br> v. </br> BARBERS HILL INDEPENDENT </br> SCHOOL DISTRICT, *et al.*, </br> Defendants. | CIVIL ACTION NO. 4:20-CV-1802 |

## AMENDED DOCKET CONTROL ORDER

Plaintiffs and Defendant request the following dates control this case. If no date is given below, the item is governed by the Federal Rules of Civil Procedure.

This Amended Docket Control Order incorporates by reference the prior Docket Control Order (Dkt. 140) for the deadlines not included below.

### DEADLINES

1. March 25, 2022 — **COMPLETION OF DISCOVERY.** Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

2. April 27, 2022 — **DISPOSITIVE MOTIONS** The party seeking dispositive relief will file a motion and supporting memorandum by this date. Response is due May 27, 2022. Reply in support is due June 10, 2022.

3. April 22, 2022 — **EXPERT CHALLENGES DEADLINE** (*Daubert/Kumho* motions) The party seeking to challenge an expert witness's qualifications or findings will file a motion and supporting memorandum by this date. Response is due May 23, 2022. Reply in support is due June 6, 2022.

| | | |
|---|---|---|
| 4. | July 29, 2022 | **EXCHANGE OF EXHIBIT AND WITNESS LISTS.** |
| 5. | August 12, 2022 | **EXHIBIT AND WITNESS LIST OBJECTIONS.** |
| 6. | August 26, 2022 | **MOTIONS IN LIMINE** The party seeking to challenge a motion in limine shall file its motion and supporting memorandum by this date.  Response is due September 6, 2022. |
| 7. | August 26, 2022 | **JOINT PRETRIAL ORDER** Plaintiff is responsible for timely filing the complete joint pretrial order.  All information is to comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(3).  All parties are directed to read the Court's Procedures regarding required trial documents and procedures. |
| 8. | September 9, 2022 at 3:00 p.m. | **DOCKET CALL.** Other than as set out in the Court's Procedures, no pleading or document filed within seven days of docket call will be considered by the Court.  Any pending motions may be ruled on at docket call, the case will be set for trial, and further pretrial orders may be issued. |
| 9. | October/November 2022 | **JURY TRIAL.**  Case is subject to being called to trial on short notice during this month.<br><br>Estimated Trial Time: 10 days. |

SIGNED on ___Dec. 22___, 2021 at ___Houston___, Texas.

_/s/ George C. Hanks Jr._
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE