# HEARING MINUTES

Cause No:       4:20-CV-1802

Style:          Arnold et al v. Barbers Hill Independent School District et al

Hearing Type:   Discovery hearing

**Appearances:**

| Counsel | Representing |
| --- | --- |
| Michaele N. Turnage Young | Plaintiffs |
| Nicholas Edward Petree | Plaintiffs |
| Roxanne Tizravesh | Plaintiffs |
| Alyx E. Eva | Plaintiffs |
| R. Conor Tomalty | Plaintiffs |
| Jonathan Griffin Brush | Defendants |

Date:  January 27, 2022             Court reporter:  ERO
Time: 12:12 p.m.—12:28 p.m.         Law Clerk:  L. McKinney

At the hearing, the following rulings were made as stated on the record:

> The Court held a discovery hearing as stated on the record. If necessary, the Court will make a decision on the discovery dispute discussed in docket entry 165 after the parties mediate the case.