UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-CV-01802 |
|---|---|---|---|
| EVERETT DE'ANDRE ARNOLD, K.B., a minor by and through his mother and next friend, CINDY BRADFORD, and SANDY ARNOLD ||||
| *versus* ||||
| BARBERS HILL INDEPENDENT SCHOOL DISTRICT, ET AL ||||

| Lawyer's Name | Ashley Burrell |
|---|---|
| Firm | NAACP Legal Defense and Educational Fund, Inc. |
| Street | 40 Rector Street, 5th Floor |
| City & Zip Code | New York, NY 10006 |
| Telephone & Email | 212-965-2200 / aburrell@naacpldf.org |
| Licensed: State & Number | New York State Bar No. 5219308 |
| Federal Bar & Number | Eastern District of New York BU1161 |

| Name of party applicant seeks to appear for: | Everett De'Andre Arnold, K.B., a minor by and through his mother and next friend, Cindy Bradford, and Sandy Arnold |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __X__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: February 23, 2022 | Signed: /s/ Ashley Burrell |
|---|---|

| The state bar reports that the applicant's status is: ||
|---|---|
| Dated: | Clerk's signature |

**Order**     This lawyer is admitted *pro hac vice*.

Dated: _____     _____
     United States District Judge