UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVERETT DE'ANDRE ARNOLD, et al. | § | |
| | § | |
| Plaintiff(s), | § | |
| VS. | § | CIVIL ACTION NO. 4:20–cv–01802 |
| | § | |
| BARBERS HILL INDEPENDENT SCHOOL DISTRICT, et al. | § § | |
| Defendant. | § | |

## NOTICE OF RESETTING

A Discovery Hearing has been set in this matter for 02:30 PM on 5/10/2022. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1613842935?pwd=VFkyT3ZoRWFoSVZOWlhnbFFHQndjZz09*
Meeting phone number: 1–669–254–5252
Meeting ID: 161 384 2935
Meeting Password: 282659

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 5/9/2022         Byron Thomas
                       cm4147@txs.uscourts.gov
                       Case Manager to
                       U.S. District Judge George C. Hanks, Jr.