Case 4:20-cv-01802 Document 191 Filed on 05/10/22 in TXSD Page 1 of 2
Case 4:20-cv-01802 Document 189-1 Filed on 05/06/22 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 10, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EVERETT DE'ANDRE ARNOLD, K.B., a minor by and through his mother and next friend, CINDY BRADFORD, and SANDY ARNOLD <br><br> Plaintiffs, <br><br> v. <br><br> BARBERS HILL INDEPENDENT SCHOOL DISTRICT <br><br> Defendant. | CIVIL ACTION NO. 4:20-CV-01802 <br><br> JURY TRIAL REQUESTED |

## [PROPOSED] ORDER

This matter comes before the Court upon the Plaintiffs' Unopposed Motion to Amend Case Caption. On May 22, 2020, Plaintiffs filed a Complaint in this action; as Plaintiff K.B. was a minor at the time of the filing, the Complaint was brought, pursuant to Fed. R. Civ. P. 17(c)(1), by his mother and next friend, Cindy Bradford.

Plaintiffs now advise that Plaintiff K.B. has reached the age of 18 years, the legal age of majority in Texas. As a result, Plaintiff moves this Court to amend the case caption to reflect Plaintiff's full name, Kaden Bradford, and to remove Cindy Bradford, his mother and next friend, from the case caption. Plaintiffs advise that counsel for Defendant presents no objection.

The Court finds that Plaintiff has reached the legal age of majority in Texas. Accordingly, the Court hereby **GRANTS** Plaintiffs' Motion. It is, therefore,

**ORDERED** that Kaden Bradford may proceed in this matter under his full legal name and as an adult Plaintiff acting in his own behalf.

**IT IS FURTHER ORDERED** the Clerk of the Court amend the docket by substituting "Kaden Bradford" as Plaintiff for "K.B., a minor by and through his mother and next friend, Cindy Bradford" in the case caption.

**IT IS FURTHER ORDERED** that all future filings in this matter employ this case styling.

SIGNED AND ENTERED  5/10 , 2022.

The Honorable George C. Hanks, Jr.
United States District Judge
Southern District of Texas