# HEARING MINUTES

Cause No:      4:20-CV-1802

Style:         Arnold et al v. Barbers Hill Independent School District et al

Hearing Type:  Discovery hearing

**Appearances:**

| Counsel | Representing |
|---|---|
| Michaele N. Turnage Young | Plaintiffs |
| Alyx E. Eva | Plaintiffs |
| R. Conor Tomalty | Plaintiffs |
| Victor M. Jones | Plaintiffs |
| Ashley Burrell | Plaintiffs |
| Romane Paul | Plaintiffs |
| Evan Frohman | Plaintiffs |
| Jonathan Griffin Brush | Defendants |
| Amy Dawn Demmler | Defendants |

Date:  May 25, 2022                     Court reporter:  ERO
Time:  10:12 a.m.—11:55 a.m.            Law Clerk:  L. McKinney
       3:36 p.m.—4:28 p.m.

At the hearing, the following rulings were made as stated on the record:

The Court held a discovery hearing.

Docket entry 193—

Plaintiffs may take the deposition of Fred Skinner without prejudice to their right to take the depositions of the other members of the Barbers Hill Board of Trustees.

Plaintiffs may take the depositions of the additional Barbers Hill administrators listed in docket entry 193 with the exception of Jami Navarre. Plaintiffs may request permission to take Navarre's deposition after they have deposed the other administrators.

The parties will submit briefing on Plaintiffs' request for permission to depose Sara Leon and/or Hans Graff. The parties will confer regarding a briefing schedule.

Docket entry 166—

ESI search terms: Barbers Hill will provide information supporting its undue-burden argument and other objections. If Plaintiffs find the information credible, they will narrow their proposed search terms. If the parties cannot agree, then the Court will hear evidence from IT personnel for Barbers Hill.

Social media searches: The parties will confer, and Barbers Hill will provide a letter to Plaintiffs outlining the social media searches that Barbers Hill has conducted.

Text messages: Plaintiffs will provide text messages for in camera review as stated on the record by close of business on May 26, 2022.

Information regarding original justification for hair length policy: The parties will file a joint discovery letter regarding this issue.

The parties will confer regarding Plaintiff Kaden Bradford's upcoming graduation as stated on the record.