# HEARING MINUTES

Cause No:       4:20-CV-1802
Style:          Arnold et al v. Barbers Hill Independent School District et al
Hearing Type:   Discovery hearing

**Appearances:**

| Counsel | Representing |
|---|---|
| Michaele N. Turnage Young | Plaintiffs |
| Alyx E. Eva | Plaintiffs |
| Victor M. Jones | Plaintiffs |
| Ashley Burrell | Plaintiffs |
| Romane Paul | Plaintiffs |
| Evan Frohman | Plaintiffs |
| Nicholas Edward Petree | Plaintiffs |
| Jonathan Griffin Brush | Defendants |

Date:  June 13, 2022
Time: 11:17 a.m.—11:35 a.m.

Court reporter:  Alcaraz
Law Clerk:  L. McKinney

At the hearing, the following rulings were made as stated on the record:

> The Court held a discovery hearing. By the close of business on June 13, 2022, the plaintiffs will submit copies of their subpoenas and requests for production to the Court as stated on the record.