# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| EVERETT DE'ANDRE ARNOLD, et al. | § | |
| | § | |
| Plaintiff(s), | § | |
| VS. | § | CIVIL ACTION NO. 4:20−cv−01802 |
| | § | |
| BARBERS HILL INDEPENDENT | § | |
| SCHOOL DISTRICT, et al. | § | |
| Defendant. | § | |

## NOTICE OF SETTING

A Pre−Motion Conference has been set in this matter for 01:30 PM on 8/2/2022. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1618527370?pwd=cTBYZmxzclM3QzhlZXNMYjZ6QzB2QT09*
Meeting phone number: 1−669−254−5252
Meeting ID: 161 852 7370
Meeting Password: 925030

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 7/27/2022

Byron Thomas
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.