# **EXHIBIT B**

**Eva, Alyx**

| | |
|---|---|
| **From:** | Jonathan Brush <jbrush@rmgllp.com> |
| **Sent:** | Sunday, March 20, 2022 7:41 PM |
| **To:** | Tizravesh, Roxanne; Amy Demmler |
| **Cc:** | TEAM ARNOLD BRADFORD – AG; Team Arnold Bradford |
| **Subject:** | Re: Arnold/Bradford Matter - Call re Logistics |

**\*\*EXTERNAL Email\*\***

Roxanne –

That sounds good.

Thanks,

Jonathan

Jonathan G. Brush
Partner
Board Certified – Civil Appellate Law
Texas Board of Legal Specialization
Rogers, Morris & Grover, L.L.P.
Direct: 713-960-6007
Facsimile: 713-960-6025

This email (including any attachments) may contain information that is private, confidential, or protected by the attorney-client or other privilege. If you received this email in error, please delete it from your system without copying it and notify the sender by reply email.

**From:** "Tizravesh, Roxanne" <rtizravesh@akingump.com>
**Date:** Thursday, March 17, 2022 at 2:10 PM
**To:** Jonathan Brush <jbrush@rmgllp.com>, Amy Demmler <ademmler@rmgllp.com>
**Cc:** TEAM ARNOLD BRADFORD – AG <TEAMARNOLDBRADFORD-AG@akingump.com>, Team Arnold Bradford <teamarnoldbradford@naacpldf.org>
**Subject:** Arnold/Bradford Matter - Call re Logistics

Hey Jonathan/Amy,

Given where we landed at the mediation last week, we think it makes sense to chat about some logistics on this case. Specifically, we want to discuss:
1. Stipulation;
2. Getting a conference with the Court on the outstanding pre-motion letters; and
3. Extension of deadlines under the DCO

We were hoping to discuss these issues at the top of our call next week on Defendant's priv log. Let us know if that works for you.

-Roxanne


**Roxanne Tizravesh**
**AKIN GUMP STRAUSS HAUER & FELD LLP**

1111 Louisiana Street **|** 44th Floor **|** Houston, TX 77002-5200 **|** USA **|** Direct: +1 713.250.2249 **|** Internal: 12249
Fax: +1 713.236.0822 **|** Mobile: +1 646.295.6647 **|** rtizravesh@akingump.com **|** akingump.com **|** Bio

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.