United States District Court
Southern District of Texas
**ENTERED**
September 14, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EVERETT DE'ANDRE ARNOLD, et al., <br>     Plaintiffs, <br> v. <br> BARBERS HILL INDEPENDENT <br> SCHOOL DISTRICT, et al., <br>     Defendants. | CIVIL ACTION NO. 4:20-CV-01802 <br><br> JURY TRIAL REQUESTED |

### [PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL PLAINTIFFS' LETTER TO THE COURT

Upon consideration of the *Motion to File Under Seal Plaintiffs' Letter to the Court* (the "Motion to Seal") filed by Plaintiffs Everett De'Andre Arnold, Kaden Bradford, and Sandy Arnold, the Court having reviewed the Motion to Seal, and the court having found that, after due deliberation and sufficient cause appearing therefore, that the Motion to Seal is GRANTED, and it is hereby ORDERED THAT:

  The Motion to Seal is GRANTED, as set forth herein.

IT IS SO ORDERED.

  Dated: __September 13__, 2022
  Houston, Texas

                 *George C. Hanks Jr.*
                 Judge George C. Hanks, Jr.
                 United States District Judge
                 Southern District of Texas