October 14, 2022

**VIA ELECTRONIC FILING**

The Honorable George C. Hanks, Jr.
United States District Judge
Southern District of Texas
515 Rusk St., Room 6202
Houston, TX 77002

Re*: 4:20-cv-01802, Arnold et al v. Barbers Hill Independent School District et al*

Dear Judge Hanks:

Plaintiffs and BHISD (the "Parties") submit this joint letter to inform the Court of all outstanding discovery matters. The following discovery matters have not been resolved.

- **Discovery Dispute Concerning the Sufficiency of the BHISD's Privilege Log.** *See* Dkt. Nos. 186, 192.

- **Plaintiffs' Subpoenas for Documents Directed to Individual Board Members Pursuant to Fed. R. Civ. P. 45.** *See* Dkt. Nos. 198, 200.

- **BHISD's Motion to Quash the Deposition of Sara Leon and Plaintiffs' Request to File a Sur-reply.** *See* Dkt. Nos. 204, 207, 222, 227.

- **Plaintiffs' Motion to Compel Documents Evidencing the Origin of and Justification for the Challenged Policy's Gender Discrimination.** *See* Dkt. Nos. 211, 215, 218. In its Response to Plaintiffs' motion to compel, BHISD agreed to amend its interrogatory answers and has agreed to produce additional documents, including board minutes, memos, and policies on the Hair Policy from 1929 to present. Production is ongoing. As of this filing, Plaintiffs note that they have not received the original justification for the policy. Plaintiffs still seek an order compelling the District to provide specific discovery, witnesses, and information relating to the origin of and justifications for the Policy.

- **Search Terms**. The parties have met and conferred regarding the adequacy of Plaintiffs' proposed search terms. Plaintiffs modified its search terms resulting in a new hit count of 9,604. Based on the new hit count, BHISD has agreed to review and produce all discoverable documents. The parties will continue to work together to resolve this matter without court intervention.

Respectfully Submitted,
*/s/ Ashley M. Burrell*

Janai Nelson*
Ashley Burrell*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
jnelson@naacpldf.org
aburrell@naacpldf.org

Michaele N. Turnage Young*
Joseph Wong*
Victor Jones*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC
700 14th Street N.W., Ste. 600
Washington, D.C. 20005
Tel: (202) 682-1300
Fax: (202) 682-1312
mturnageyoung@naacpldf.org
jwong@naacpldf.org
vjones@naacpldf.org

Stephen Baldini
Evan Frohman
AKIN GUMP STRAUSS
HAUER & FELD LLP
One Bryant Park
Bank of America Tower
New York, NY 10036
Tel: (212) 872-1062
Fax: (212) 872-1002
sbaldini@akingump.com
efroghman@akingump.com

Roxanne Tizravesh
Texas Bar No. 24091141
Southern District of Texas Bar No. 2618739
Nicholas E. Petree (attorney-in-charge)
Texas Bar No. 24083657
Southern District of Texas
Bar No. 1778181
Alyx Eva

40 Rector Street
5th Floor
New York, NY 10006

700 14th Street NW
Suite 600
Washington, DC 20005

naacpldf.org
212-965-2200

LDF Legal Defense Fund

Advancing racial justice since 1940

Texas Bar No. 24116334
Southern District of Texas
Bar No. 3544812
R. Conor Tomalty
Texas Bar No. 24121170
Southern District of Texas
Bar No. 3623592
AKIN GUMP STRAUSS
HAUER & FELD LLP
1111 Louisiana Street, Ste. 44
Houston, Texas 77002
Tel: (713) 220-5800
Fax: (713) 236-0822
rtizravesh@akingump.com
npetree@akingump.com
aeva@akingump.com
ctomalty@akingump.com

\* admitted pro hac vice
PRO BONO COUNSEL FOR
PLAINTIFFS


*/s/ Jonathan G. Brush*

Richard A. Morris
State Bar No. 14497750
Fed. I.D. 2780689
Jonathan G. Brush
State Bar No. 24045576
Fed. I.D. No. 619970
Amy Demmler
State Bar No. 24092337
Fed. I.D. No. 3227731
ROGERS, MORRIS & GROVER,
L.L.P. 5718 Westheimer, Suite 1200
Houston, Texas 77057
Tel: (713) 960-6000
rmorris@rmgllp.com
jbrush@rmgllp.com
ademmler@rmgllp.com

**COUNSEL FOR BARBERS HILL INDEPENDENT SCHOOL DISTRICT**

40 Rector Street
5th Floor
New York, NY 10006

700 14th Street NW
Suite 600
Washington, DC 20005

naacpldf.org
212-965-2200