IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVERETT DE'ANDRE ARNOLD, KADEN BRADFORD, and SANDY ARNOLD, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | C.A. NO.: 4:20-CV-01802 |
| BARBERS HILL INDEPENDENT SCHOOL DISTRICT, | § § § § | JURY TRIAL REQUESTED |
| Defendant. | § § | |

## COUNSEL FOR BARBERS HILL INDEPENDENT SCHOOL DISTRICT'S NOTICE OF VACATION

Barbers Hill Independent School District (BHISD or the District) hereby notifies Plaintiffs and this Honorable Court, that Amy Demmler, counsel for the District, will be on a family vacation from November 3 through November 7, 2022. Counsel requests that no hearings or other matters be scheduled during the time she is on vacation.

Respectfully submitted,

ROGERS, MORRIS, & GROVER, L.L.P.

_____
RICHARD A. MORRIS
Attorney-in-Charge
State Bar No. 14497750
Fed. I.D. 2780689
rmorris@rmgllp.com
JONATHAN G. BRUSH
State Bar No. 24045576
Fed. I.D. No. 619970
jbrush@rmgllp.com
AMY DEMMLER
State Bar No. 24092337
Fed. I.D. No.  3227731
ademmler@rmgllp.com
5718 Westheimer, Suite 1200
Houston, Texas 77057
Telephone:    713/960-6000
Facsimile:    713/960-6025

ATTORNEYS FOR BARBERS HILL
INDEPENDENT SCHOOL DISTRICT

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

_____
Attorney for Barbers Hill Independent
School District