# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| EVERETT DE'ANDRE ARNOLD, et al. | § § | |
| Plaintiff(s), | § | |
| VS. | § | CIVIL ACTION NO. 4:20−cv−01802 |
| | § | |
| BARBERS HILL INDEPENDENT SCHOOL DISTRICT, et al. | § § | |
| Defendant. | § | |

## NOTICE OF SETTING

A Status Conference has been set in this matter for 12:30 PM on 11/21/2022. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1610596833?pwd=alJHUmErbDY0bWZhakZEMEM4QVFFQT09*
Meeting phone number: 1−669−254−5252
Meeting ID: 161 059 6833
Meeting Password: 718468

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 11/16/2022

Byron Thomas
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.