UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EVERETT DE'ANDRE ARNOLD, *et al*, | § |
| | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 4:20-CV-1802 |
| | § |
| BARBERS HILL INDEPENDENT | § |
| SCHOOL DISTRICT, *et al*, | § |
| | § |
| Defendants. | § |

## ORDER

Pending before the Court is a motion for partial dismissal filed by Defendant Barbers Hill Independent School District. The motion (Dkt. 144) is **DENIED without prejudice** to being reasserted as a motion for summary judgment.

The Court notes that the parties have stipulated that punitive damages are unavailable in this case. (Dkt. 144 at p. 24; Dkt. 156 at p. 26).

SIGNED at Houston, Texas on November 29, 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE