IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVERETT DE'ANDRE ARNOLD, KADEN BRADFORD, and SANDY ARNOLD, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | C.A. NO.: 4:20-CV-01802 |
| BARBERS HILL INDEPENDENT SCHOOL DISTRICT, | § § § § | JURY TRIAL REQUESTED |
| Defendant. | § § | |

### NOTICE OF INTERLOCUTORY APPEAL OF DKT. NO. 282 BY BARBERS HILL INDEPENDENT SCHOOL DISTRICT, FRED SKINNER, DR. GREG POOLE, AND THE BOARD OF TRUSTEES

Notice is hereby given that Barbers Hill Independent School District (the District), Defendant in the above-styled and numbered cause, and Fred Skinner, Dr. Greg Poole, and the District's Board of Trustees, hereby appeals to the United States Court of Appeals for the Fifth Circuit, pursuant to 28 U.S.C. § 1291 and the collateral-order doctrine, the District Court's June 1, 2023, Order granting in part and denying in part the District's Motion for Protection of the Board's Legislative Immunity. *See* Dkt. No. 282. In this Order, the District Court outlined procedures for the depositions and assertions of legislative privilege that would effectively waive the privilege by forcing the deponent invoking the privilege to answer the question in full regardless. *Id*. A district court's order effectively denying an assertion of legislative privilege is considered a "final decision" that can be immediately appealed and over which the United States Court of Appeals has jurisdiction. *See Jackson*

*Muni. Airport Authority v. Harkins*, 67 F. 4th 678 (5th Cir. 2023); *La Union Del Pueblo Entero v. Abbott*, 2023 WL 3494770 (5th Cir. May 17, 2023).

                Respectfully submitted,

                ROGERS, MORRIS, & GROVER, L.L.P.

                _____
                RICHARD A. MORRIS
                Attorney-in-Charge
                State Bar No. 14497750
                Fed. I.D. 2780689
                rmorris@rmgllp.com
                JONATHAN G. BRUSH
                State Bar No. 24045576
                Fed. I.D. No. 619970
                jbrush@rmgllp.com
                AMY DEMMLER
                State Bar No. 24092337
                Fed. I.D. No.  3227731
                ademmler@rmgllp.com
                5718 Westheimer, Suite 1200
                Houston, Texas 77057
                Telephone:    713/960-6000
                Facsimile:     713/960-6025

                ATTORNEYS FOR BARBERS HILL ISD

## CERTIFICATE OF SERVICE

      I hereby certify that on June 1, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                                                /s/ Jonathan G. Brush

                                                Attorney for Barbers Hill ISD