IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVERETT DE'ANDRE ARNOLD, <br> KADEN BRADFORD, and <br> SANDY ARNOLD, <br><br> Plaintiffs, <br><br> vs. <br><br> BARBERS HILL INDEPENDENT <br> SCHOOL DISTRICT, <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br><br><br><br><br> C.A. NO.: 4:20-CV-01802 <br><br> JURY TRIAL REQUESTED |

## JOINT MOTION TO VACATE REMAINING DEADLINES

Plaintiffs Everett De'Andre Arnold, Kaden Bradford, and Sandy Arnold and Defendant Barbers Hill Independent School District (the District) (collectively, the Parties) file this Joint Motion to Vacate Remaining Deadlines as follows:

1. On March 31, 2023, the Court entered an Agreed Second Amended Docket Control Order. *See* Dkt. 264. The following deadlines are currently remaining:

| | |
|---|---|
| June 15, 2023 | Dispositive Motions |
| June 16, 2023 | Completion of Discovery |
| June 21, 2023 | Expert Challenges Deadline |
| July 28, 2023 | Motions in Limine |
| July 31, 2023 | Exchange of Exhibit and Witness Lists |
| August 4, 2023 | Exhibit and Witness List Objections |
| August 10, 2023 | Joint Pretrial Order |

   August 11, 2023    Docket Call

   September/October 2023  Jury Trial

  2.  On June 1, 2023, the Court entered an Order granting in part and denying in part the District's Motion for Protection of the Board's Legislative Immunity. *See* Dkt. 282.

  3.  On June 1, 2023, Barbers Hill Independent School District, Fred Skinner, Dr. Greg Poole, and the District's Board of Trustees filed a Notice of Interlocutory Appeal appealing the Court's Order in Dkt. 282. *See* Dkt. 285. This appeal divests the Court of jurisdiction over the issues addressed in its Order, but does not stay the case in its entirety. *Id*.

  4.  After the District filed its notice of interlocutory appeal, the Parties agreed to reschedule the remaining depositions of Dr. Greg Poole, Fred Skinner, and the District's 30(b)(6) representative.

  5.  Because the completion of the aforementioned discovery will be delayed pending the resolution of the legislative privilege issue on interlocutory appeal, the Parties have conferred and request the Court to vacate the remaining deadlines until after the legislative privilege issue is adjudicated to conclusion.

  6.  The Parties have agreed that pending discovery matters not impacted by the resolution of the legislative privilege issue – including, but not limited to, Plaintiffs' pending requests for admission, 30(b)(6) topics disputes, depositions by written questions to the United States Department of Justice, the deposition of Sara Leon, and pre-motion letters or motion practice concerning discovery matters – should still proceed.

7. Further, Plaintiffs agree to withdraw their previous request to extend the motions deadlines (Dkt. 277), contingent on the Court granting this motion to vacate.

### Prayer

The Parties respectfully request that the Court grant this Joint Motion to Vacate Remaining Deadlines until the Fifth Circuit Court of Appeals has issued a ruling on BHISD's Interlocutory Appeal.

Respectfully submitted,

/s/ - Patricia Okonta
By permission – Amy Demmler
_____

Stephen Baldini*
Evan Frohman*
AKIN GUMP STRAUSS
HAUER & FELD LLP
One Bryant Park
Bank of America Tower
New York, NY 10036
Tel: (212) 872-1062
Fax: (212) 872-1002
sbaldini@akingump.com
efrohman@akingump.com

Roxanne Tizravesh
Texas Bar No. 24091141
Fed. I.D. No. 2618739
Nicholas E. Petree (attorney-in-charge)
Texas Bar No. 24083657
Fed. I.D. No. 1778181
R. Conor Tomalty
Texas Bar No. 24121170
Fed. I.D. No. 3623592
Nikunj Soni
Texas Bar No. 24131677

_____
RICHARD A. MORRIS
Attorney-in-Charge
State Bar No. 14497750
Fed. I.D. 2780689
rmorris@rmgllp.com
JONATHAN G. BRUSH
State Bar No. 24045576
Fed. I.D. No. 619970
jbrush@rmgllp.com
AMY DEMMLER
State Bar No. 24092337
Fed. I.D. No. 3227731
ademmler@rmgllp.com
ROGERS, MORRIS, & GROVER, L.L.P
5718 Westheimer, Suite 1200
Houston, Texas 77057
Telephone:  713/960-6000
Facsimile:   713/960-6025

ATTORNEYS FOR BARBERS HILL
INDEPENDENT SCHOOL DISTRICT

Fed. I.D. No. 3816338
AKIN GUMP STRAUSS
HAUER & FELD LLP
1111 Louisiana Street, Ste. 44
Houston, Texas 77002
Tel: (713) 220-5800
Fax: (713) 236-0822
rtizravesh@akingump.com
npetree@akingump.com
ctomalty@akingump.com
nsoni@akingump.com

Janai S. Nelson*
Ashley Burrell*
Patricia Okonta*
Alexandra S. Thompson*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
jnelson@naacpldf.org
aburrell@naacpldf.org
pokonta@naacpldf.org
athompson@naacpldf.org

Michaele N. Turnage Young*
Victor Jones*
Joseph Wong*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC
700 14th Street N.W., Ste. 600
Washington, D.C. 20005
Tel: (202) 682-1300
Fax: (202) 682-1312
mturnageyoung@naacpldf.org
vjones@naacpldf.org
jwong@naacpldf.org

*Admitted *Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 7, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                                                Attorney for Barbers Hill Independent School District