UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EVERETT DE'ANDRE ARNOLD, *et al.*, § § Plaintiffs, § VS. § BARBERS HILL INDEPENDENT § SCHOOL DISTRICT, *et al.*, § § Defendants. § | CIVIL ACTION NO. 4:20-CV-1802 |

## ORDER

Pending before the Court is a dispute over the scope of three topics about which Defendant Barbers Hill Independent School District ("Barbers Hill") will testify under Federal Rule of Civil Procedure 30(b)(6). (Dkt. 281). The topics at issue are topics 24, 29, and 30 of Plaintiffs' deposition notice.

Barbers Hill has objected to topics 24, 29, and 30 as overbroad. (Dkt. 268 at pp. 89, 93–97). At a hearing held on May 8, 2023, the Court reserved its rulings on those objections until the parties had had a chance to confer and narrow the scope of the three topics. (Dkt. 270). The parties were unable to come to an agreement on appropriate wording for any of the topics and have submitted separate revisions of the topics for the Court's review. (Dkt. 281).

Having reviewed the parties' proposed revisions, the Court **SUSTAINS** Barbers Hill's objections and revises topics 24, 29, and 30 of Plaintiffs' Rule 30(b)(6) deposition notice in accordance with Barbers Hill's proposed language, which is set out on pages 3 (topic 24), 5 (topic 29), and 8 (topic 30) of docket entry 281.

SIGNED at Houston, Texas, on June 14, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE