# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
July 05, 2023
Nathan Ochsner, Clerk of Court

No. 23-20256

---

Everett De'Andre Arnold; Kaden Bradford; Sandy Arnold,

*Plaintiffs—Appellees,*

versus

Barbers Hill Independent School District; Barbers Hill Independent School District's Board of Trustees; Fred Skinner; Greg Poole,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-1802

---

## UNPUBLISHED ORDER

Before Elrod, Graves, and Ho, *Circuit Judges.*

Per Curiam:

   IT IS ORDERED that Appellants' motion for a temporary administrative stay is GRANTED. All proceedings before the district court are hereby STAYED pending further order of this court.

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 05, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-20256   Arnold v. Barbers Hill Indep Sch Dist
                      USDC No. 4:20-CV-1802

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Mr. Jonathan Griffin Brush
Ms. Amy Dawn Demmler
Mr. Richard Alan Morris
Ms. Janai S. Nelson
Mr. Nathan Ochsner
Mr. Nicholas Petree
Ms. Alexandra Sloane Thompson
Ms. Roxanne Tizravesh
Ms. Michaele Turnage Young