United States Courts
Southern District of Texas
FILED

July 18, 2023

Nathan Ochsner, Clerk of Court

# United States Court of Appeals
# for the Fifth Circuit

No. 23-20256

EVERETT DE'ANDRE ARNOLD; KADEN BRADFORD; SANDY ARNOLD,

*Plaintiffs—Appellees*,

*versus*

BARBERS HILL INDEPENDENT SCHOOL DISTRICT; BARBERS HILL INDEPENDENT SCHOOL DISTRICT'S BOARD OF TRUSTEES; FRED SKINNER; GREG POOLE,

*Defendants—Appellants*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-1802

## UNPUBLISHED ORDER

Before ELROD, GRAVES, and HO, *Circuit Judges*.
PER CURIAM:

  IT IS ORDERED that the opposed motion to stay pending appeal is CARRIED WITH THE CASE.

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 18, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-20256   Arnold v. Barbers Hill Indep Sch Dist
                   USDC No. 4:20-CV-1802

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Mr. Jonathan Griffin Brush
Ms. Amy Dawn Demmler
Mr. Richard Alan Morris
Ms. Janai S. Nelson
Mr. Nathan Ochsner
Mr. Nicholas Petree
Ms. Alexandra Sloane Thompson
Ms. Roxanne Tizravesh
Ms. Michaele Turnage Young