**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| EVERETT DE'ANDRE ARNOLD, *et al.* | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. 4:20-CV-01802 |
| v. | ) | |
| BARBERS HILL INDEPENDENT SCHOOL DISTRICT, *et al.* | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

I, Ashley Burrell, respectfully request that the Court permit me to withdraw as counsel for Plaintiffs in this case, for as of August 11th, 2026, I am no longer be employed at the NAACP Legal Defense and Educational Fund, Inc. Plaintiffs will continue to be represented by the remaining counsel of record.

WHEREFORE, I respectfully request that the Court grant my motion to withdraw as counsel in this case.

Dated: August 14, 2026

Respectfully submitted,

*/s/ Ashley Burrell*
Ashley Burrell
NAACP LEGAL DEFENSE
AND EDUCATIONAL FUND, INC.
40 Rector St, 5th Floor
New York, NY 10006
Phone: (212) 217-1682
E-mail: aburrell@naacpldf.org

**CERTIFICATE OF SERVICE**

I, Ashley Burrell, hereby certify that on August 14, 2026, I caused the foregoing to be filed via the Court's CM/ECF system, which effectuated service upon all counsel.

*/s/ Ashley Burrell*

Ashley Burrell
NAACP LEGAL DEFENSE
AND EDUCATIONAL FUND, INC.
40 Rector St, 5th Floor
New York, NY 10006
Phone: (212) 217-1682
E-mail: aburrell@naacpldf.org