# APPENDIX B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVERETT DE'ANDRE ARNOLD, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | C.A. NO.: 4:20-CV-01802 |
| | § | |
| BARBERS HILL INDEPENDENT SCHOOL DISTRICT, | § | JURY TRIAL REQUESTED |
| | § | |
| | § | |
| Defendant. | § | |

**BARBERS HILL INDEPENDENT SCHOOL DISTRICT'S PROPOSED EXHIBIT LIST**

Barbers Hill Independent School District (the District) serves its Proposed Exhibit List as follows:

| EX. NO. | DESCRIPTION | OFFER | OBJECT | ADMIT |
|---|---|---|---|---|
| 1. | 2012-2013 Barbers Hill High School Educational Planning Guides (BHISD 655-795) | | | |
| 2. | 2013-2014 Barbers Hill High School Educational Planning Guides (BHISD 796-926) | | | |
| 3. | 2014-2015 Barbers Hill High School Educational Planning Guides (BHISD 927-1061) | | | |
| 4. | 2015-2016 Barbers Hill High School Educational Planning Guides (BHISD 1062-1200) | | | |
| 5. | 2016-2017 Barbers Hill High School Educational Planning Guides (BHISD 1201-1337) | | | |
| 6. | 2017-2018 Barbers Hill High School Educational Planning Guides (BHISD 1338-1471) | | | |

| EX. NO. | DESCRIPTION | OFFER | OBJECT | ADMIT |
|---|---|---|---|---|
| 7. | 2018-2019 Barbers Hill High School Educational Planning Guides (BHISD 40720-40865) | | | |
| 8. | 2018-19 Elementary School North Student Handbook (BHISD 35317-35464) | | | |
| 9. | 2018-19 Elementary School South Student Handbook (BHISD 40247-40394) | | | |
| 10. | 2018-19 Middle School North Student Handbook (BHISD 1473-1579, BHISD 40395-40555, BHISD 47008-47061) | | | |
| 11. | 2018-19 Middle School South Student Handbook (BHISD 1580-1692, BHISD 1794-1798, BHISD 40556-40715) | | | |
| 12. | 2019-20 Student Handbook (BHISD 129-240, BHISD 444-555) | | | |
| 13. | 2019-20 Revised Student Handbook (BHISD 129-240) | | | |
| 14. | 2020-21 Student Handbook (BHISD 1799-1899) | | | |
| 15. | Military Dress and Grooming Codes (BHISD 50811-1379) | | | |
| 16. | Leon Proposed Revisions to 2019-2020 Dress Code Pre-K through 5th Grade (BHISD 51806-51811) | | | |
| 17. | Leon Proposed Revisions to 2019-2020 Dress Code Grades 6-12 (BHISD 51802-51805) | | | |
| 18. | 2014-2022 Dress Code PowerPoints (BHISD 569-654) | | | |
| 19. | Arnold Dress Code Exemption Form and Response (BHISD 3072-3074) | | | |
| 20. | Bradford Dress Code Exemption Form and Response (BHISD 3108-3109, BHISD 43245-43246) | | | |
| 21. | Skyward Records for All Dress Code Violations at All Campuses (BHISD 7012-7896) | | | |
| 22. | Disciplinary Referral Forms for Dress and Grooming Code Violations (BHISD 41621-42018) | | | |
| 23. | Disciplinary Referral Forms for Dress and Grooming Code Violations (BHISD 42019-42393) | | | |
| 24. | Disciplinary Referral Forms for Dress and Grooming Code Violations (BHISD 43394-42869) | | | |
| 25. | Dress Code Violation Spreadsheet (BHISD 43023-43064) | | | |

| EX. NO. | DESCRIPTION | OFFER | OBJECT | ADMIT |
|---|---|---|---|---|
| 26. | BHISD Student Code of Conduct 2018-19 (BHISD 1698-1740) | | | |
| 27. | BHISD Student Code of Conduct 2020-21 (BHISD 391-443) | | | |
| 28. | BHISD Student Code of Conduct 2020-21 (BHISD 1741-1793) | | | |
| 29. | May 19, 2014 Board Meeting Minutes (BHISD 42870-42917) | | | |
| 30. | September 22, 2014 Board Meeting Minutes (BHISD 42918-42925) | | | |
| 31. | November 17, 2014 Board Meeting Minutes (BHISD 42926-42931) | | | |
| 32. | April 27, 2015 Board Meeting Minutes (BHISD 2537-2541) | | | |
| 33. | April 28, 2015 Board Meeting Minutes (BHISD 2532-2536) | | | |
| 34. | October 26, 2015 Board Meeting Minutes (BHISD 2528-2531, BHISD 42932-42936, BHISD 47809-47812) | | | |
| 35. | April 25, 2016 Board Meeting Minutes (BHISD 2542-2547) | | | |
| 36. | April 24, 2017 Board Meeting Minutes (BHISD 2548-2556) | | | |
| 37. | April 23, 2018 Board Meeting Minutes (BHISD 2557-2561) | | | |
| 38. | April 15, 2019 Board Meeting Minutes (BHISD 2562-2567) | | | |
| 39. | August 26, 2019 Board Meeting Packet (BHISD 2625-2678) | | | |
| 40. | September 10, 2019, Secondary Principal's Meeting Huddle (BHISD 1696-1697) | | | |
| 41. | September 23, 2019 Board Meeting Minutes (BHISD 42937-42945) | | | |
| 42. | November 18, 2019 Board Meeting Minutes (BHISD 42946-42955) | | | |
| 43. | December 16, 2019 Board Meeting Minutes (BHISD 42956-42967) | | | |
| 44. | December 16, 2019 Board Packet (BHISD 43747-43754) | | | |
| 45. | December 17, 2019, Principals Meeting Minutes (BHISD 1694-1695) | | | |
| 46. | January 20, 2020 Board Meeting Minutes (BHISD 42968-42988 | | | |

| EX. NO. | DESCRIPTION | OFFER | OBJECT | ADMIT |
|---|---|---|---|---|
| 47. | February 24, 2020 Board Meeting Minutes (BHISD 42989-43000) | | | |
| 48. | April 27, 2020 Board Meeting Minutes (BHISD 2568-2572) | | | |
| 49. | July 20, 2020 Board Meeting Minutes (BHISD 2574-2576) | | | |
| 50. | October 26, 2020, Board Meeting Minutes (BHSID 43001-43010) | | | |
| 51. | December 2, 2020, Leadership Academy PowerPoint Presentation (BHISD_10975-12774.00197-BHISD_10975-12774.00197) | | | |
| 52. | April 26, 2021 Board Meeting Minutes (BHISD 43011-43022) | | | |
| 53. | June 28, 2021 Board Meeting Minutes (BHISD 2211-2527) | | | |
| 54. | J.O. Grievance Documents (BHISD 47565-47590) | | | |
| 55. | Arnold Grievance Documents (BHISD 3061-3124) | | | |
| 56. | Bradford Grievance Documents (BHISD 3100-3106, BHISD 3077-3081, BHISD 3125-3128) | | | |
| 57. | Arnold Discipline Report (BHISD 2040-2042, BHISD 7950-7951) | | | |
| 58. | Bradford Disciplinary Report (BHISD 2145-2155) | | | |
| 59. | Expert Report of Ms. Lamar | | | |
| 60. | Expert and Supplemental Reports of Dr. Richard Fossey | | | |
| 61. | Expert Report of Dr. Deere | | | |
| 62. | Dr. Bruton's Data (BHISD 3136-840, BHISD 3843-6790) | | | |
| 63. | Dr. Bruton's Study and Board Speech (BHISD 3841-3842) | | | |
| 64. | Barbers Hill ISD Board Policy FB (LEGAL) (BHISD 8087-8094) | | | |
| 65. | Barbers Hill ISD Board Policy FB (LOCAL) (BHISD 8095-8097) | | | |
| 66. | Barbers Hill ISD Board Policy FB (EXHIBIT) (BHISD 8086) | | | |
| 67. | Barbers Hill ISD Board Policy FFH (LEGAL) (BHISD 8102-8118) | | | |

| EX. NO. | DESCRIPTION | OFFER | OBJECT | ADMIT |
|---|---|---|---|---|
| 68. | Barbers Hill ISD Board Policy FFH (LOCAL) (BHISD 8119-8127) | | | |
| 69. | Barbers Hill ISD Board Policy FFH (EXHIBIT) (BHISD 8101) | | | |
| 70. | Barbers Hill ISD Board Policy FN (LOCAL) (BHISD 8175) | | | |
| 71. | Barbers Hill ISD Board Policy FNA (LEGAL) (BHISD 8176-8179) | | | |
| 72. | Barbers Hill ISD Board Policy FNA (LOCAL) (BHISD 8180-8184) | | | |
| 73. | Barbers Hill ISD Board Policy FNC (LEGAL) (BHISD 8185) | | | |
| 74. | Barbers Hill ISD Board Policy FNG(LEGAL) (BHISD 8195-8199) | | | |
| 75. | Barbers Hill ISD Board Policy FNG (LOCAL) (BHISD 8200-8206) | | | |
| 76. | Barbers Hill ISD Board Policy FNG (EXHIBIT) (BHISD 8188-8194) | | | |
| 77. | Barbers Hill ISD Board Policy FO (LEGAL) (BHISD 8207-8216) | | | |
| 78. | Barbers Hill ISD Board Policy FO (LOCAL) (BHISD 8217-8220) | | | |
| 79. | Barbers Hill ISD Board Policy FOC (LEGAL) (BHISD 8226-8237) | | | |
| 80. | Barbers Hill ISD Board Policy FNCA (LEGAL) (BHISD 8186) | | | |
| 81. | Barbers Hill ISD Board Policy FNCA (LOCAL) (BHISD 8187) | | | |
| 82. | TEA 2020-2021.csv (PEIMS data) (From Expert Report of Dr. Deere) | | | |
| 83. | TEA Accountability Ratings 2014-15 (BHISD 6791-6810) | | | |
| 84. | TEA Accountability Ratings 2015-16 (BHISD 6811-6834) | | | |
| 85. | TEA Accountability Ratings 2016-17 (BHISD 6835-6860) | | | |
| 86. | TEA Accountability Ratings 2017-18 (BHISD 6861-6884) | | | |
| 87. | TEA Accountability Ratings 2018-19 (BHISD 6885-6909) | | | |

| EX. NO. | DESCRIPTION | OFFER | OBJECT | ADMIT |
|---|---|---|---|---|
| 88. | TEA Accountability Ratings 2019-20 (BHISD 6810-6913) | | | |
| 89. | TEA Accountability Report 2019-found publicly at https://rptsvr1.tea.texas.gov/cgi/sas/broker?_service=marykay&_program=perfrept.perfmast.sas&_debug=0&ccyy=2019&lev=D&id=036902&prgopt=reports/acct/summary.sas | | | |
| 90. | TEA Accountability Report 2020 - publicly available at https://rptsvr1.tea.texas.gov/cgi/sas/broker?_service=marykay&_program=perfrept.perfmast.sas&_debug=0&ccyy=2020&lev=D&id=036902&prgopt=reports/acct/summary.sas | | | |
| 91. | TEA Accountability Report 2021 - publicly available at https://rptsvr1.tea.texas.gov/cgi/sas/broker?_service=marykay&_program=perfrept.perfmast.sas&_debug=0&ccyy=2021&lev=D&id=036902&prgopt=reports/acct/summary.sas | | | |
| 92. | TEA Accountability Report 2022 - publicly available at https://rptsvr1.tea.texas.gov/cgi/sas/broker?_service=marykay&_program=perfrept.perfmast.sas&_debug=0&ccyy=2022&lev=D&id=036902&prgopt=reports/acct/summary.sas | | | |
| 93. | TEA Accountability Report 2023 - publicly available at https://rptsvr1.tea.texas.gov/cgi/sas/broker?_service=marykay&_program=perfrept.perfmast.sas&_debug=0&ccyy=2023&lev=D&id=036902&prgopt=reports/acct/summary.sas | | | |
| 94. | TEA Accountability Report 2024 - publicly available at https://rptsvr1.tea.texas.gov/cgi/sas/broker?_service=marykay&_program=perfrept.perfmast.sas&_debug=0&ccyy=2024&lev=D&id=036902&prgopt=reports/acct/summary.sas | | | |
| 95. | TEA Accountability Report 2025 - publicly available at https://rptsvr1.tea.texas.gov/cgi/sas/broker?_service=marykay&_program=perfrept.perfmast.sas&_debug=0&ccyy=2025&lev=D&id=036902&prgopt=reports/acct/summary.sas | | | |
| 96. | TEA Accountability Report 2026 - publicly available at https://rptsvr1.tea.texas.gov/cgi/sas/broker?_service=marykay&_program=perfrept.perfmast.sas&_debug=0&ccyy=2026&lev=D&id=036902&prgopt=reports/acct/summary.sas | | | |
| 97. | Ethnicity Total: BHISD and High School (BHISD 6914) | | | |

| EX. NO. | DESCRIPTION | OFFER | OBJECT | ADMIT |
|---|---|---|---|---|
| 98. | PADC Final Recommendation (BHISD 3135) | | | |
| 99. | Email Correspondence from DOJ (BHISD 51587-51588) | | | |
| 100. | Leon's Notes from DOJ Meeting (BHISD 51826) | | | |
| 101. | Email Correspondence, "US DOJ's Notice of Investigation and Request for Information" (BHISD 51587-51588) | | | |
| 102. | Sara Leon Deposition Transcript | | | |
| 103. | Amanda Malone Deposition Transcript | | | |
| 104. | Aaron Kupchick Deposition Transcript | | | |
| 105. | Alicia Brooks Deposition Transcript | | | |
| 106. | Christine Bruton Deposition Transcript | | | |
| 107. | Cindy Bradford Deposition Transcript | | | |
| 108. | De'Andre Arnold Deposition Transcript | | | |
| 109. | Donald Deere Deposition Transcript | | | |
| 110. | Doug Anderson Deposition Transcript | | | |
| 111. | Dr. Greg Poole Deposition Transcript | | | |
| 112. | Dr. Richard Fossey Deposition Transcript | | | |
| 113. | Fred Skinner Deposition Transcript | | | |
| 114. | Juliet Williams Deposition Transcript | | | |
| 115. | Kaden Bradford Deposition Transcript | | | |
| 116. | Kirven Tillis Deposition Transcript | | | |
| 117. | Lance Murphy Deposition Transcript | | | |
| 118. | Mandy Malone Deposition Transcript | | | |
| 119. | Mark Wilson Deposition Transcript | | | |
| 120. | Michael Cofresi Deposition Transcript | | | |
| 121. | Rick Kana Deposition Transcript | | | |
| 122. | Ryan Rodriguez Deposition Transcript | | | |
| 123. | Sandra Duree Deposition Transcript | | | |
| 124. | Sandy Arnold Deposition Transcript | | | |
| 125. | Sara Leon Deposition Transcript | | | |
| 126. | Sarah Vinson Deposition Transcript | | | |
| 127. | Shenate Lamar Deposition Transcript | | | |
| 128. | Wendy Greene Deposition Transcript | | | |

Respectfully submitted,

ROGERS, MORRIS, & GROVER, L.L.P.

JONATHAN G. BRUSH
State Bar No. 24045576
Fed. I.D. No. 619970
jbrush@rmgllp.com
AMY DEMMLER
State Bar No. 24092337
Fed. I.D. No. 3227731
ademmler@rmgllp.com
DYLAN A. FARMER
State Bar No. 24093417
Fed. I.D. No. 2462138
dfarmer@rmgllp.com
5718 Westheimer, Suite 1200
Houston, Texas 77057
Telephone: 713/960-6000
Facsimile: 713/960-6025

ATTORNEYS FOR BARBERS HILL ISD

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2026 a true and correct copy of the foregoing document was exchanged with all counsel of record via electronic mail.

Attorney for Barbers Hill Independent School District