# APPENDIX C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| EVERETT DE'ANDRE ARNOLD, et al.,<br>Plaintiffs,<br><br>v.<br><br>BARBERS HILL INDEPENDENT SCHOOL DISTRICT,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 4:20-CV-01802<br><br>JURY TRIAL REQUESTED |

**<u>PLAINTIFFS' WITNESS LIST</u>**

Plaintiffs De'Andre Arnold, Kaden Bradford, and Sandy Arnold (collectively, "Plaintiffs"), by and through their undersigned counsel, respectfully submit this Witness List. Plaintiffs also incorporate by reference all witnesses identified in BHISD's witness list and any amendments thereto. To the fullest extent permitted under the Federal Rules of Civil Procedure and the Local Rules of this Court, the Plaintiffs reserve all rights, including but not limited to the right to amend, revise, supplement, or withdraw this Witness List at any time, to designate additional witnesses, to call on direct or cross examine any person identified as a witness by any other party in interest, and to offer additional witnesses at trial for purposes of impeachment or rebuttal, in response to witnesses and evidence offered by any other party, and for any other permissible purpose under the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

| No. | Witness | Details |
|---|---|---|
| | | **WILL CALL** |
| 1. | De'Andre Arnold | Live Fact Witness |
| 2. | Sandy Arnold | Live Fact Witness |
| 3. | Kaden Bradford | Live Fact Witness |
| 4. | Cindy Bradford | Live Fact Witness |
| 5. | D. Wendy Greene | Live Expert Witness |
| 6. | Aaron Kupchik | Live Expert Witness |
| 7. | Juliet Williams | Live Expert Witness |
| 8. | Sarah Vinson | Live Expert Witness |
| 9. | Sara Leon | Live Fact Witness |
| 10. | Rick Kana | Live Fact Witness |
| 11. | Greg Poole | Live Fact Witness |
| 12. | Fred Skinner | Live Fact Witness |
| 13. | BHISD | 30(b)(6) Witness by Deposition Designation |
| 14. | Kirven Tillis | Fact Witness by Deposition Designation |
| 15. | Alicia Brooks | Fact Witness by Deposition Designation |
| 16. | Mandy Malone | Fact Witness by Deposition Designation |
| | | **MAY CALL** |
| 17. | Teresa Yeh | Live Fact Witness |
| 18. | Doug Anderson | Live Fact Witness |
| 19. | Mike Cofresi | Live Fact Witness |
| 20. | Shelly Deakle | Live Fact Witness |
| 21. | Sandra Duree | Live Fact Witness |
| 22. | Lance Murphy | Live Fact Witness |
| 23. | Ryan Rodriguez | Live Fact Witness |
| 24. | Shenate Lamar | Live Expert Witness for BHISD |
| 25. | Christine Bruton | Fact Witness by Deposition Designation |
| 26. | Mark Wilson | Fact Witness by Deposition Designation |

*(Remainder of page intentionally blank)*

September 18, 2026

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

Roxanne Tizravesh
Texas Bar No. 24091141
Southern District of Texas Bar No. 2618739
1111 Louisiana Street, 44th Floor
Houston, TX 77002
Tel: (713) 220-5800
Fax: (713) 236-0822
rtizravesh@akingump.com

Stephen Baldini*
Evan Frohman*
Abdiel Caballero*
Caroline Ellis
Texas Bar No. 24116322
Southern District of Texas Bar No. 3509759
Harris Stephens
Texas Bar No. 24141345
Southern District of Texas Bar No. 3892450
One Bryant Park
New York, NY 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
sbaldini@akingump.com
efrohman@akingump.com
acaballero@akingump.com
cellis@akingump.com
hstephens@akingump.com

AHMAD, ZAVITSANOS & MENSING PLLC
Nicholas E. Petree
Texas Bar No. 24083657
Southern District of Texas Bar No. 1778181
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Tel: (713) 655-1101
npetree@azalaw.com

NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.

/s/ Michaele N. Turnage Young
Michaele N. Turnage Young*
Joseph Wong*
700 14th Street N.W., Ste. 600
Washington, D.C. 20005
Tel: (202) 682-1300
Fax: (202) 682-1312
mturnageyoung@naacpldf.org
jwong@naacpldf.org

*admitted pro hac vice

PRO BONO COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on counsel of record via email in compliance with the Federal Rules of Civil Procedure on September 18, 2026.

/s/ Michaele N. Turnage Young
Michaele N. Turnage Young