# APPENDIX D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVERETT DE'ANDRE ARNOLD, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | C.A. NO.: 4:20-CV-01802 |
| | § | |
| BARBERS HILL INDEPENDENT SCHOOL DISTRICT, | § | JURY TRIAL REQUESTED |
| | § | |
| | § | |
| Defendant. | § | |

**BARBERS HILL INDEPENDENT SCHOOL DISTRICT'S PROPOSED WITNESS LIST**

Barbers Hill Independent School District (the District) designates the following witnesses to testify at trial:

A. The District will call the following individuals in support of its defense against Plaintiffs' claims. The following individuals can be contacted through counsel for the District, Jonathan Brush, Amy Demmler, and Dylan Farmer, 5718 Westheimer Road, Suite 1200, Houston, Texas 77057, (713) 960-6000.

1. Dr. Greg Poole, Superintendent for the District;

   Dr. Poole will testify regarding his knowledge of student attendance records, student discipline records, the District's dress and grooming code, the District's Student Code of Conduct, dress and grooming code exemption requests, grievances related to the dress and grooming code, discipline and enforcement of the dress and grooming code, his interactions with Plaintiffs, and the United States Department of Justice investigation.

2. Sara Leon, outside general counsel for the District;

Ms. Leon will testify regarding her knowledge of the investigation conducted by the United States Department of Justice responding to a parent complaint on behalf of a minor student and her recommendations for clarifications to the District's dress and grooming code based on the investigation.

3. USAF CPT Mark Wilson, Board of Trustees member;

Captain Wilson will testify regarding his knowledge of the Board's policies regarding grooming and dress standards for students and any meetings or presentations made before the Board during his tenure as the former Chair of the Parent Advisory Dress Code Committee.

4. Fred Skinner, Board of Trustees member;

Mr. Skinner will testify regarding his knowledge of the Board's policies regarding grooming and dress standards for students.

5. Amanda "Mandy" Malone, Executive Director of Student Services;

Ms. Malone will testify regarding her knowledge of the Board's policies regarding grooming and dress standards for students, student attendance records, student discipline records, the District's dress and grooming code, the District's Student Code of Conduct, dress and grooming code exemption requests, grievances related to the dress and grooming code, discipline and enforcement of the dress and grooming code, and her interactions with the Plaintiffs.

6. Rick Kana, former Principal of Barbers Hill High School and current Executive Director of Operations;

Mr. Kana will testify regarding his knowledge of student attendance records, student discipline records, the District's dress and grooming code, the District's Student Code of Conduct, dress and grooming code exemption requests, grievances related to the dress and grooming code, discipline and enforcement of the dress and grooming code, and his interactions with the Plaintiffs.

7. Dr. Donald Deere, designated expert;

   Dr. Deere will testify, as a senior economist and trained statistician, regarding his expert knowledge of the available data on violations of the dress and grooming code at Barbers Hill High School.

8. Dr. Richard Fossey, designated expert;

   Dr. Fossey will testify, as an attorney, education researcher, and Professor of Education, regarding his expert knowledge to the reasonableness of the District's dress and grooming code and any resulting enforcement and discipline of said code.

9. Shenate Lamar, designated expert;

   Ms. Lamar will testify, as a Loctician and owner of natural hair salons in Houston specializing in loc services, regarding her expert knowledge of how locs are formed, grown, maintained, trimmed, and removed; the myriad of reasons a person chooses to style their hair in locs; and the race, culture, national origin, and ethnicity of loc wearers.

B. The District may also call the following individuals in support of its defenses against Plaintiffs' claims. The following individuals can be contacted through counsel for the District, Jonathan Brush, Amy Demmler, and Dylan Farmer, 5718 Westheimer Road, Suite 1200, Houston, Texas 77057, (713) 960-6000.

10. Becky Tice, Board of Trustees member;

    Ms. Tice may testify regarding her knowledge of the Board's policies regarding grooming and dress standards for students.

11. George Barrera, Board of Trustees member;

    Mr. Barrera may testify regarding his knowledge of the Board's policies regarding grooming and dress standards for students.

12. Clint Pipes, Board of Trustees member;

Mr. Pipes may testify regarding his knowledge of the Board's policies regarding grooming and dress standards for students.

13. Eric Davis, Board of Trustees member;

Mr. Davis may testify regarding his knowledge of the Board's policies regarding grooming and dress standards for students.

14. Benny May, Board of Trustees member;

Mr. May may testify regarding his knowledge of the Board's policies regarding grooming and dress standards for students.

15. Lance Murphy, Principal of Barbers Hill High School;

Mr. Murphy may testify regarding his knowledge of student attendance records, student discipline records, the District's dress and grooming code, the District's Student Code of Conduct, dress and grooming code exemption requests, grievances related to the dress and grooming code, discipline and enforcement of the dress and grooming code, and his interactions with the Plaintiffs.

16. Ryan Rodriguez, former Assistant Principal at Barbers Hill High School and current Coordinator of Safe Schools;

Mr. Rodriguez may testify regarding his knowledge of student attendance records, student discipline records, the District's dress and grooming code, the District's Student Code of Conduct, discipline and enforcement of the dress and grooming code, and his interactions with the Plaintiffs.

17. Sandra Duree, former Deputy Superintendent;

Ms. Duree may testify regarding her knowledge of the District's dress and grooming code, the District's Student Code of Conduct, dress and grooming code exemption requests, and grievances related to the dress and grooming code.

18. Kenneth "Kenny" Widner, former Chief of Police for Barbers Hill Independent School District's Police Department;

Mr. Widner may testify regarding his knowledge of the District's police department, his prior duties and assignments as the former Chief of Police, and his conversations or interactions with Plaintiffs.

19. Kirven Tillis, former Career & Technical Education (CTE) Instructor at Barbers Hill High School;

Mr. Tillis may testify regarding his knowledge of the District's dress and grooming code, the District's Student Code of Conduct, discipline and enforcement of the dress and grooming code, and his interactions with the Plaintiffs.

20. Alicia Brooks, former Assistant Principal at Barbers Hill High School;

Ms. Brooks may testify regarding her knowledge of student attendance records, student discipline records, the District's dress and grooming code, the District's Student Code of Conduct, discipline and enforcement of the dress and grooming code, and her interactions with the Plaintiffs.

21. Dr. Christine Bruton, Coordinator of Assessment and Accountability;

Dr. Bruton may testify regarding her knowledge of the accumulated data regarding Texas schools' dress and grooming codes, TEA ratings, and discipline data that was presented to the Board.

22. Doug Anderson, Assistant Principal at Barbers Hill High School;

Mr. Anderson may testify regarding his knowledge of student attendance records, student discipline records, the District's dress and grooming code, the District's Student Code of Conduct, discipline and enforcement of the dress and grooming code, and his interactions with the Plaintiffs.

23. Michael Cofresi, former Assistant Principal at Barbers Hill Middle School North;

Mr. Cofresi may testify regarding his knowledge of student attendance records, student discipline records, the District's dress and grooming code, the District's Student Code of Conduct, discipline and enforcement of the dress and grooming code, and his interactions with the Plaintiffs.

C. The District may also call the following individuals in support of its defenses against Plaintiffs' claims. The following individuals can be contacted through counsel for the Plaintiffs, Janai S. Nelson, and Alexandra S. Thompson, NAACP Legal Defense and Educational Fund, Inc., 40 Rector Street, 5th Floor, New York, New York 10006, (212) 965-2200; Michaele N. Turnage Young, Joseph Wong, and Victor Jones, NAACP Legal Defense and Educational Fund, Inc., 700 14th Street N.W., Ste. 600, Washington, D.C. 20005, (202) 682-1300; Stephen Baldini, Evan Frohman, Abdiel Caballero, Caroline W. Ellis, and Harris Stephens, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, (212) 872-1000; Roxanne Tizravesh, Akin Gump Strauss Hauer & Feld LLP, 1111 Louisiana Street, 44th Floor, Houston, Texas 77002, (713) 220-5800; Kendall M. Viator, Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field St., Suite 1800, Dallas, Texas 75201, (214) 969-2842; Nicholas E. Petree; Ahmad, Zavitsanos & Mensing PLLC, 1221 McKinney Street, Suite 2500, Houston, Texas 77010, (713) 655-1101.

24. Everett De'Andre Arnold, Plaintiff;

    Mr. Arnold may testify regarding his knowledge of the claims and allegations asserted in the live complaint.

25. Kaden Bradford, Plaintiff;

    Mr. Bradford may testify regarding his knowledge of the claims and allegations asserted in the live complaint.

26. Sandy Arnold, Plaintiff;

    Ms. Arnold may testify regarding her knowledge of the claims and allegations asserted in the live complaint.

27. Cindy Bradford, mother of Kaden Bradford;

    Ms. Bradford may testify regarding her knowledge of the allegations asserted in the live complaint.

28. Dr. Aaron Kupchik, Plaintiffs' designated expert;

29. Dr. Juliet A. Williams, Plaintiffs' designated expert;

30. Dr. Sarah Y. Vinson, Plaintiffs' designated expert; and

31. Professor Wendy Greene, Plaintiffs' designated expert.

The District may not call its designated witnesses in the order listed above, or at all. The District cross-designates all of Plaintiffs' designated witnesses. The District reserves the right to elicit testimony by cross-examination of witnesses Plaintiffs designate or call to testify at trial. The District further reserves the right to call rebuttal or impeachment witnesses as necessary.

Respectfully submitted,

ROGERS, MORRIS, & GROVER, L.L.P.

JONATHAN G. BRUSH
State Bar No. 24045576
Fed. I.D. No. 619970
jbrush@rmgllp.com
AMY DEMMLER
State Bar No. 24092337
Fed. I.D. No. 3227731
ademmler@rmgllp.com
DYLAN A. FARMER
State Bar No. 24093417
Fed. I.D. No. 2462138
dfarmer@rmgllp.com
5718 Westheimer, Suite 1200
Houston, Texas 77057
Telephone: 713/960-6000
Facsimile: 713/960-6025

ATTORNEYS FOR BARBERS HILL ISD

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2026, a true and correct copy of the foregoing document was exchanged with all counsel of record via electronic mail.

Attorney for Barbers Hill Independent School District